**SO ORDERED.**
**SIGNED this 27th day of October, 2017**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*/s/ Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Cherokee Pharmacy & Medical** | ) | **Joint Admin. Ch. 11 Case** |
| **Supply, Inc.,** *et al.* | ) | **No. 1:17-bk-11920-NWW** |
| | ) | |
| **Debtors** | ) | |

## ORDER

On September 28, 2017, counsel announced that an agreed order would be submitted resolving the Motion of Smith Drug Company to Compel Rule 2004 Discovery Responses from Debtors filed on August 23, 2017. To date, no order has been submitted. Accordingly, counsel for the parties to the agreed order are directed to appear on November 9, 2017, at 10:30 a.m., in Courtroom A of the Bankruptcy Court to show cause why the agreed order has not been submitted. If an acceptable agreed order is submitted before that time, the court will enter an order canceling the show cause hearing.

###