United States Bankruptcy Court
Eastern District of Tennessee

In re:                                                                              Case No. 17-11920-NWW
Cherokee Pharmacy & Medical Supply, Inc.                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0649-1            User: reede              Page 1 of 1              Date Rcvd: Oct 27, 2017
                                Form ID: pdfbk           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/PDF: dt4c@cherokeepharmacy.com Oct 27 2017 20:58:47
               Cherokee Pharmacy & Medical Supply, Inc.,   1690 25th St. NW, Suite A,
               Cleveland, TN 37311-3613
smg            E-mail/Text: cio.bncmail@irs.gov Oct 27 2017 21:05:18      Internal Revenue Service,
               P. O. Box  21126,   Philadelphia,,  PA  19114
                                                                                                TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
              Bruce W. Bieber    on behalf of Attorney Bruce  Bieber bbieber@kelaw.com
              David   Holesinger     on behalf of U.S. Trustee    United States Trustee david.holesinger@usdoj.gov
              David J. Fulton    on behalf of Debtor David Terry Forshee djf@sfglegal.com,
               sfglegalecf@gmail.com;angie@sfglegal.com;randi@sfglegal.com;r40461@notify.bestcase.com
              David J. Fulton    on behalf of Debtor    Cherokee Pharmacy & Medical Supply, Inc. djf@sfglegal.com,
               sfglegalecf@gmail.com;angie@sfglegal.com;randi@sfglegal.com;r40461@notify.bestcase.com
              David J. Fulton    on behalf of Accountant    Harting, Bishop & Arrendale, PLLC djf@sfglegal.com,
               sfglegalecf@gmail.com;angie@sfglegal.com;randi@sfglegal.com;r40461@notify.bestcase.com
              David J. Fulton    on behalf of Debtor    Cherokee Pharmacy & Medical Supply of Dalton, Inc.
               djf@sfglegal.com,
               sfglegalecf@gmail.com;angie@sfglegal.com;randi@sfglegal.com;r40461@notify.bestcase.com
              Heather  Martin-Herron    on behalf of Creditor    Wells Fargo Bank, N.A. edecf@wilson-assoc.com,
               EDECF@ecf.courtdrive.com
              James A. Haltom    on behalf of Creditor    J M Smith Corporation james.haltom@nelsonmullins.com,
               jennifer.murray@nelsonmullins.com;savannah.raymond@nelsonmullins.com
              Jeffrey K. Garfinkle    on behalf of Creditor    McKesson Corporation jgarfinkle@buchalter.com,
               dcyrankowski@buchalter.com
              John T. Baxter    on behalf of Creditor    J M Smith Corporation john.baxter@nelsonmullins.com,
               jennifer.murray@nelsonmullins.com;savannah.raymond@nelsonmullins.com
              Kimberly C. Swafford    on behalf of U.S. Trustee    United States Trustee kim.c.swafford@usdoj.gov
              Mark A. Pinkston    on behalf of Creditor    United Community Bank mpinkston@vwlawfirm.com,
               dnave@vwlawfirm.com
              Shane G. Ramsey    on behalf of Creditor    J M Smith Corporation shane.ramsey@nelsonmullins.com,
               jennifer.murray@nelsonmullins.com;savannah.raymond@nelsonmullins.com
              United States Trustee    Ustpregion08.cn.ecf@usdoj.gov
                                                                                               TOTAL: 14

**SO ORDERED.**
**SIGNED this 27th day of October, 2017**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Cherokee Pharmacy & Medical Supply, Inc.,** *et al.* | ) ) | Joint Admin. Ch. 11 Case No. 1:17-bk-11920-NWW |
| | ) | |
| **Debtors** | ) | |

**ORDER**

On September 28, 2017, counsel announced that an agreed order would be submitted resolving the Motion of Smith Drug Company to Compel Rule 2004 Discovery Responses from Debtors filed on August 23, 2017. To date, no order has been submitted. Accordingly, counsel for the parties to the agreed order are directed to appear on November 9, 2017, at 10:30 a.m., in Courtroom A of the Bankruptcy Court to show cause why the agreed order has not been submitted. If an acceptable agreed order is submitted before that time, the court will enter an order canceling the show cause hearing.

###